IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN THOMAS,
Petitioner,

vs. Case No.: 4:07cv483/RH/EMT

FLORIDA PAROLE COMMISSION,
Respondent.
_______________________________/

**ORDER**

Petitioner initiated this action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2254 and a motion for leave to proceed in forma pauperis (Docs. 1, 3).

Upon review of the motion to proceed in forma pauperis, the court concludes that Petitioner failed to provide the requisite supporting documentation for the motion, specifically, a financial certificate signed by a prison official with an attached copy of his inmate bank account statement covering the six-month period preceding the filing of the petition.[1] *See* 28 U.S.C. § 1915(a)(2). Therefore, the motion will be denied without prejudice to Petitioner's refiling a complete motion with the required supporting documentation.

Accordingly, it is **ORDERED**:

1. Petitioner's motion to proceed in forma pauperis (Doc. 3) is **DENIED** without prejudice.

2. The clerk shall send Petitioner a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District.

[1]The inmate account statement submitted by Petitioner covers the period February to August 2007 (*see* Doc. 3 at 4). Because the petition was filed on November 7, 2007 (*see* Doc. 1 at 6), Petitioner must provide an inmate account statement for the six-month period preceding that date, which is May 7 to November 7, 2007.

3. Within **THIRTY (30) DAYS** from the date of docketing of this order Petitioner shall (1) pay the $5.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite prisoner consent form, a financial certificate signed by a prison official, and an attached computer printout of the transactions in his prison account during the preceding six-month period.

4. Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 19th day of November 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**