# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JOHN A. THOMAS,

    Petitioner,

v.                                     CASE NO. 4:07cv483-RH/EMT

FLORIDA PAROLE COMMISSION,

    Respondent.

_____/

## ORDER DENYING PETITION

This case is before the court on the magistrate judge's report and recommendation (document 19) and the objections (document 20). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk must enter judgment stating, "The petition is DENIED with prejudice." The clerk must close the file.

SO ORDERED on March 17, 2009.

                                                  s/Robert L. Hinkle
                                                  Chief United States District Judge